# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRIS DEJESUS,<br><br>        Plaintiff,<br><br>    v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>        Defendant. | Case No. 15-cv-899 DMS (JMA)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**[ECF 12]** |

Pending before the Court is the parties' joint motion to dismiss this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF 12. The Court finds good cause to **GRANT** the motion. The action is **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  October 7, 2015

Hon. Dana M. Sabraw
U.S. District Court Judge